1

2

3                              UNITED STATES DISTRICT COURT

4                            NORTHERN DISTRICT OF CALIFORNIA

5

6   STEVEN WAYNE BONILLA,                    Case Nos.   22-cv-5504-PJH
                                                         22-cv-5505-PJH
7                Plaintiff,                               22-cv-5506-PJH
                                                         22-cv-5508-PJH
8          v.                                             22-cv-5509-PJH
                                                         22-cv-5510-PJH
9                                                        22-cv-5511-PJH
    SIERRA COUNTY CLERK'S OFFICE                          22-cv-5512-PJH
10  et. al.,                                              22-cv-5513-PJH
                                                         22-cv-5514-PJH
11               Defendants.                              22-cv-5517-PJH
                                                         22-cv-5518-PJH
12                                                       22-cv-5519-PJH
                                                         22-cv-5520-PJH
13                                                       22-cv-5526-PJH
                                                         22-cv-5528-PJH
14                                                       22-cv-5529-PJH
                                                         22-cv-5530-PJH
15                                                       22-cv-5531-PJH
                                                         22-cv-5532-PJH
16                                                       22-cv-5533-PJH
                                                         22-cv-5561-PJH
17

18

19

20

21

22

23                                          **ORDER DISMISSING MULTIPLE
                                            CASES WITH PREJUDICE**
24

25

26          Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

27   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

28   petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

United States District Court
Northern District of California

United States District Court
Northern District of California

1   YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

2   *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

3          Plaintiff presents nearly identical claims in these actions.  He names as

4   defendants numerous county clerk's offices.  He seeks relief regarding his underlying

5   conviction or how his other cases were handled by the state and federal courts.

6          To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

7   he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

8   "under imminent danger of serious physical injury" at the time he filed his complaint.  28

9   U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

10  No. 13-0951 CW.

11         The allegations in these complaints do not show that plaintiff was in imminent

12  danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

13  IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

14  U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

15  *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

16  828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

17  prejudice.

18         The clerk shall terminate all pending motions and close these cases.  The clerk

19  shall return, without filing, any further documents plaintiff submits in these closed cases.

20         **IT IS SO ORDERED.**

21  Dated: October 5, 2022

22

23                                                    */s/ Phyllis J. Hamilton*
                                                  ──────────────────────
24                                                PHYLLIS J. HAMILTON
                                                  United States District Judge
25

26

27

28

2